**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Y Pao | Social Security number or ITIN   xxx–xx–7996 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14040–MBK | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Y Pao

<u>5/31/19</u>                                                      **By the court:**   <u>Michael B. Kaplan</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 19-14040-MBK
Robert Y Pao                                                                   Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                    Page 1 of 1              Date Rcvd: May 31, 2019
                                  Form ID: 318                   Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db             Robert Y Pao,    37 Oak Tavern Cir,    Branchburg, NJ 08876-3867
518053169      Cindy Pao,    37 Oak Tavern Cir,    Somerville, NJ 08876-3867
518053171     +Hladik, Onorato & Federman LLP,    298 Wissahickon Ave # Ae,    North Wales, PA 19454-4156
518053172      Homebridge Financial,    222 Chastain Meadows Ct NW,    Kennesaw, GA 30144-5820
518053174      Radiology Associates of Bennington,    PO Box 8002,    Salem, NH 03079-8002
518053176      Southwestern Vermont Medical Center,    PO Box 14000,    Belfast, ME 04915-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:23     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518053165     +EDI: RMCB.COM Jun 01 2019 03:53:00      Amca,   2269 S Saw Ml,   Elmsford, NY 10523-3832
518053166      EDI: AMEREXPR.COM Jun 01 2019 03:53:00      Amex,   PO Box 981540,   El Paso, TX 79998-1540
518053167      EDI: CAUT.COM Jun 01 2019 03:53:00      Chase Auto,   PO Box 901076,   Ft Worth, TX 76101-2076
518053168      EDI: CHASE.COM Jun 01 2019 03:53:00      Chase Card,   PO Box 15298,
                 Wilmington, DE 19850-5298
518053170      EDI: CITICORP.COM Jun 01 2019 03:53:00      Citicards Cbna,   PO Box 6077,
                 Sioux Falls, SD 57117-6077
518053173      E-mail/Text: bk@lendingclub.com Jun 01 2019 00:36:02     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
518053175     +EDI: RMCB.COM Jun 01 2019 03:53:00      RMCB,   4 Westchester Plz Ste 110,
                 Elmsford, NY 10523-3835
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com;frost@remote7solutions.com
              J. Todd Murphy    on behalf of Debtor Robert Y Pao tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```